**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,

v.

01-38
Criminal Case No.

JAMES CLARK,
Defendant.

**Questionnaire in Support of Defendant's Motion for Correction of Sentence Pursuant to 18 U.S.C. §3582(c)(2)**

---

**Instructions - Read Carefully**

1. Your answers must be typed or printed.

2. All questions must be answered and all of the requested information must be supplied.

3. When completed, the questionnaire must be signed and should be mailed to:

   Clerk of the United States District Court
   for the District of Rhode Island
   1 Exchange Terrace
   Providence, RI 02903

---

**Questionnaire**

1. Where are you presently confined?

   Otisville, N.Y.-F.C.I.

2. What is your prisoner identification number?

   05072-070

3. Were you sentenced in the United States District Court for the District of Rhode Island?

YES Yes ______ No

If your answer to question #3 is YES, put the criminal case number in the space provided at the top of page one opposite the name of the case.

4. What is the name of the lawyer who represented you?

JOSEPH VOCCOLA

5. Did the offense or offenses for which you were convicted involve crack cocaine or cocaine base?

YES Yes ______ No

6. What sentence was imposed?

188 Months

7. Is your conviction currently on appeal?

______ Yes NO No

8. What is your projected date of release from prison?

07/01/2015 with good-time, 2017 without.

9. Has any disciplinary action been taken against you while you have been serving your sentence?

YES Yes ______ No

If so, list and describe <u>all</u> such disciplinary action.

On 06/10/05, I was massaging my girls leg at a visit and the C/O wrote me up for, Engaging in a sexual act and refusing to obey an order. On 07/22/05 the Discipline Hearing Staff dropped the refusing to obey an order, and gave me 90 days

loss of commissary, but was suspended, pending 180 days clear conduct and 60 days loss of visits, but 50 days was suspended.

I did not appeal the sanction because, I was able to see my girl and my kids the next day because I only loss 10 days of visits. I did not lose no good-time.

10. Describe any things that you have done while in prison that you would like the court to know about in deciding whether or not reduce your sentence.

During my incarceration I've learned alot of things working at Unicor, such as: Press which is bending metal, I got my Forklift Driving License for both Electric and Propane Forklifts. Plus I learned how to Solder and build cables, but now that I'am working in the Office at Unicor, I know Microsoft Excel, Microsoft Word, Millenium SAP and I.P.S. which is Inmate Payroll System.

07/13/2008
Date

James Clark
Signature of Defendant

JAMES CLARK
Printed Name

F.C.I. Otisville / PO Box 1000
Address

Otisville, N.Y. 10963
City, State & Zip Code

OTVD9 * PROGRESS REPORT * 07-11-2008
PAGE 09:06:14

RSP OF: OTV OTISVILLE FCI US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
TWO MILE DRIVE
OTISVILLE, NY 10963
845 386-6700
NAME: CLARK, JAMES W REGNO: 05072-070 AGE(DOB): 34/

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| James Clark | 7/11/08 | D Wy... |

TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL ___ PRE-RELEASE ___ TRANSFER ___ OTHER: _X________

PRESENT SECURITY/CUSTODY LEVEL:
MEDIUM /IN

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

21 USC 841(A)(1) AND (B)(1)(B);21 USC 841(A)(1) AND (B)(1)(B);
21 USC 841(A)(1) AND (B)(1)(B);21 USC 841(A)(1) AND (B)(1)(B);
DISTRIBUTION OF COCAINE BASE;DISTRIBUTION OF COCAINE BASE;
DISTRIBUTION OF COCAINE BASE;DISTRIBUTION OF COCAINE BASE.
188 MONTHS / 5 YEARS

DATE COMPUTATION BEGAN: 06-25-2002

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: + JAIL CREDIT - INOP TIME |
|---|---|---|
| 0 /0 /0 | 324 | M: 72 D: 17<br>+ 225 JC - 0 INOP |

| PROJECTED RELEASE DATE: 07-08-2015 | PROJECTED RELEASE METHOD: GCT REL |
|---|---|

DETAINERS/PENDING CHARGES:
NONE ON FILE

CO-DEFENDANTS: See PSI

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
CENTRAL FILE - SECTION TWO BP-CLASS-3

NAME: CLARK, JAMES W REGNO: 05072-070

------------------------- INSTITUTIONAL ADJUSTMENT ---------------------------

A. PROGRAM PLAN: Mr. Clark was initially designated to USP Lewisburg, PA and arrived on February 5, 2003. During initial classification and subsequent program reviews, the unit team recommended Mr. Clark participate in the following programs; the 40 hour Drug Abuse Program, the inmate Financial Responsibility Program, Adult Continuing Education classes, recreation and vocational training.

B. WORK ASSIGNMENTS: Mr. Clark has worked in the Unicor department since March 1, 2004. His supervisor indicates he is an excellent worker, who is dependable and a hard worker.

| INST | WORK ASSIGNMENT | START DATE | STOP DATE |
|---|---|---|---|
| OTV | UNICOR BUS UNICOR BUSINESS OFFICE | 01-25-2005 | CURRENT |

C. EDUCATIONAL/VOCATIONAL PARTICIPATION: In addition to the below listed courses, Mr, Clark also completed two parenting Skills Programs and Legal Research and Procedure.

--------------------------- EDUCATION INFORMATION ---------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| OTV | ESL HAS | ENGLISH PROFICIENT | 09-16-2002 1728 | CURRENT |
| OTV | GED HAS | COMPLETED GED OR HS DIPLOMA | 10-07-2002 1324 | CURRENT |

----------------------------- EDUCATION COURSES -----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| OTV GP | NFPT CERTIFICATION COURSE | 11-05-2006 | 02-18-2007 | P | C | P | 0 |
| OTV GP | MAVIS BEACON/WIN XP | 03-24-2006 | 11-28-2006 | P | W | I | 86 |

D. COUNSELING PROGRAMS: Mr. Clark is required to participate in specialized drug counseling due to a judicial recommendation. He has completed the 40 hour Drug Abuse Program in June 2007. Additionally, he completed the counseling program entitled Cage Your Rage Doing Time with the Right Mind. Mr. Clark has received Certificates of Completion from the Kairos

E. INCIDENT REPORTS:

NO DISCIPLINARY INFRACTIONS INCURRED DURING THIS REPORTING TIME.

F. INSTITUTIONAL MOVEMENT: Mr. Clark was initially designated to USP Lewisburg, PA and arrived in February 2003. He received a Lesser Security transfer to FCI Otisville in October 2003. There has been no other institutional movement.

G. PHYSICAL AND MENTAL HEALTH: Mr. Clark is assigned regular duty status with a medical restriction of no food service.

H. PROGRESS ON FINANCIAL RESPONSIBILITY PLAN:

| FRP ASSIGNMENT | | START DATE |
|---|---|---|
| COMPLT | FINANC RESP-COMPLETED | 12-17-2004 |

NAME: CLARK, JAMES W REGNO: 05072-070

I. RELEASE PREPARATION PROGRAM & RELEASE PLANS: Mr. Clark has not provided unit team with a viable release plan, as he is seven years from his projected release.

| CMA ASSIGNMENT (REL PREP) | | START DATE |
|---|---|---|
| RPP NEEDS | RELEASE PREP PGM NEEDS | 10-05-2002 |

PRE-RELEASE PREP DATE: __________

RESIDENCE: To be secured

EMPLOYMENT: To be secured

USPO: District of Rhode Island

J. RELEASE NOTIFICATIONS:

OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO:
CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C) DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

(X) YES ( ) NO

18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY

DNA TEST STATUS: NEED

DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

DICTATED BY: D. Wynkoop CASE MANAGER (DATE) 7/11/08
CSW-FB D. WYNKOOP EXT. 6881

DATE TYPED: __________

REVIEWED BY: D. Wynkoop for UNIT MANAGER (DATE) 7/11/08
F-B AL WELCH EXT. 6867